507 A.2d 368

**COMMONWEALTH of Pennsylvania**

v.

**Charles W. PIERCE, Petitioner.**

Supreme Court of Pennsylvania.

March 31, 1986.

Petition for Allowance of Appeal GRANTED, No. 1158 E.D. Appeal Docket 1985.